UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JILL T. BRYAN, ESQ.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856) 227-2000
(856) 227-2212 (fax)
jill.bryan@verizon.net

Order Filed on January 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK A. GILLIS AND MELISSA A. GILLIS

Case No.: 14-32811-ABA

Chapter: 13

Judge: Altenburg

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: January 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____564.00_____ per month for ____23 more____ months to allow for payment of the above fee.

*rev.8/1/15*