# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

January 2, 2018

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
       Debtor(s) Name:    Mark A. Gillis and Melissa A. Gillis  
       Case No:    14-32811   ABA  
       Hearing Date:    N/A

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on December 22, 2017 for the above-captioned matter.

    The proposed form of order filed with the Motion/Application list modified payments that are being substantially increased, and proposes to extend the length of plan. Supplemental fee applications should only address attorney fees, costs, and no other pending issues with the case. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $386.00 per month for eleven (11) months.

    **<u>Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.</u>**

    As always, the Court is welcome to contact the Trustee with any concerns.

            Respectfully submitted,

            *OFFICE OF THE CHAPTER 13*  
            *STANDING TRUSTEE*

            */s/ Isabel C. Balboa*

           **ISABEL C. BALBOA**  
           Chapter 13 Standing Trustee

ICB:lka

c:    Jill T. Bryan, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
      Mark A. Gillis and Melissa A. Gillis   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978