UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JILL T. BRYAN, ESQ.
900 Route 168, Suite A-4
Turnersville, NJ 08012
(856) 227-2000
(856) 227-2212 (fax)
jill.bryan@verizon.net

In Re:

MARK A. GILLIS AND MELISSA A. GILLIS

Order Filed on January 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-32811-ABA

Chapter: 13

Judge: Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____564.00_____ per month for ____23 more____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-32811-ABA
Mark A. Gillis                                                           Chapter 13
Melissa A. Gillis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Jan 02, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db/jdb         +Mark A. Gillis,   Melissa A. Gillis,   133 Kelly Driver Road,   Clementon, NJ 08021-5307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jill T. Bryan    on behalf of Joint Debtor Melissa A. Gillis jtb.assistant1@verizon.net
          Jill T. Bryan    on behalf of Debtor Mark A. Gillis jtb.assistant1@verizon.net
          Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
                                                                                             TOTAL: 7