**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−32811−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark A. Gillis                                   Melissa A. Gillis
   133 Kelly Driver Road                 133 Kelly Driver Road
   Clementon, NJ 08021                 Clementon, NJ 08021

Social Security No.:
   xxx−xx−5163                                         xxx−xx−0147

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

   Notice is hereby given that a Plan was confirmed in this matter on January 16, 2015.

   On January 5, 2018, the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 February 14, 2018
Time:                09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 8, 2018
JAN: jpl

                                                                                            Jeanne Naughton
                                                                                            Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 14-32811-ABA
Mark A. Gillis                                                          Chapter 13
Melissa A. Gillis
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 08, 2018
                               Form ID: 185                 Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db/jdb        +Mark A. Gillis,    Melissa A. Gillis,    133 Kelly Driver Road,    Clementon, NJ 08021-5307
515186633     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
515161051     +Atlantic Urgent Care Physicians,    PO Box 15736,    Loves Park, IL 61132-5736
515161052    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Aka Fia Card Services,    PO Box 982235,
                El Paso, TX  79998-2235)
515195129     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515284565      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515161053      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
515221993      EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
515161054      Emerg. Phy. Assoc. of SJ,    Akron Billiing Center,    3585 Ridge Park Drive,
                Akron, OH 44333-8203
515161056     +GM Financial,    PO Box 183593,    Arlington, TX 76096-3593
515161057     +Home Depot,    PO Box 790328,    St. Louis, MO 63179-0328
516552628      MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                Westmont, NJ 08108
515325472     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515161059     +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
515161060     +Pat Chew,    3454 Bethel Avenue,    Pennsauken, NJ 08109-2810
515161061     +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
515161062     +Remex,    307 Wall Street,    Princeton, NJ 08540-1515
515161063     +Robert B. Hill, MD,    PO Box 2028,    Haddonfield, NJ 08033-0792
515161064     +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
515161065     +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515207982     +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
515161067     +Target Card Services,    Attn: TD Bank,    PO Box 9500,    Minneapolis, MN 55440-9500
515161068     +Tom And Edie Gillis,    16 Aspen Place,    Bellmawr, NJ 08031-1803
515161070     +Virtua,    50 Lake Center, Suite 401,    Marlton, NJ 08053-3428
515222960      Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515161071      Wells Fargo Dealer Services,    Attn: Correspondence MAC T9017-026,    PO Box 168048,
                Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2018 22:54:30      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2018 22:54:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515377332     +E-mail/Text: bncmail@w-legal.com Jan 08 2018 22:54:41      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515161055     +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 22:59:06      GE Capital Retail Bank,
                Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
515161058     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2018 22:53:50      Kohl's,    Collection Dept.,
                PO Box 3043,    Milwaukee, WI 53201-3043
515321016      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:00:16
                Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
515377330      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:11:06
                Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
515377981      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:00:16
                Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                Norfolk VA 23541
515377221      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:00:16
                Portfolio Recovery Associates, LLC,    c/o Sleepys,    POB 41067,    Norfolk VA 23541
515377233      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:11:06
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515377224      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2018 23:00:16
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
516214530     +E-mail/Text: bnc-quantum@quantum3group.com Jan 08 2018 22:54:20
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516214529     +E-mail/Text: bnc-quantum@quantum3group.com Jan 08 2018 22:54:20
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515161066     +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2018 23:00:06      Synchrony Bank,    PO Box 965036,
                Orlando, FL 32896-5036
515161069     +E-mail/Text: bnc@alltran.com Jan 08 2018 22:53:42      United Recovery Systems,    PO Box 722929,
                Houston, TX 77272-2929
                                                                                              TOTAL: 15
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 08, 2018
                              Form ID: 185             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515200129*     +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                Arlington, TX 76096-3853
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jill T. Bryan    on behalf of Joint Debtor Melissa A. Gillis jtb.assistant1@verizon.net
              Jill T. Bryan    on behalf of Debtor Mark A. Gillis jtb.assistant1@verizon.net
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
                                                                                             TOTAL: 7
```