**Information to identify the case:**

| Debtor 1 | Mark A. Gillis | Social Security number or ITIN | xxx–xx–5163 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Melissa A. Gillis | Social Security number or ITIN | xxx–xx–0147 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    14–32811–ABA

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark A. Gillis                                                                          Melissa A. Gillis

6/13/19                                                                              **By the court:** Andrew B. Altenburg Jr.
                                                                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Mark A. Gillis  
Melissa A. Gillis  
    Debtors

Case No. 14-32811-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Jun 13, 2019  
                      Form ID: 3180W      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.

```
db/jdb          +Mark A. Gillis,    Melissa A. Gillis,    133 Kelly Driver Road,    Clementon, NJ 08021-5307
515186633       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
515161051       +Atlantic Urgent Care Physicians,    PO Box 15736,    Loves Park, IL 61132-5736
515195129       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515221993        EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
515161054        Emerg. Phy. Assoc. of SJ,    Akron Billiing Center,    3585 Ridge Park Drive,
                  Akron, OH 44333-8203
515161057       +Home Depot,    PO Box 790328,    St. Louis, MO 63179-0328
516552628        MIDFIRST BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                  Westmont, NJ 08108
515325472       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515161059       +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
515161060       +Pat Chew,    3454 Bethel Avenue,    Pennsauken, NJ 08109-2810
515161061       +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
515161062       +Remex,    307 Wall Street,    Princeton, NJ 08540-1515
515161065       +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515207982       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
515161068       +Tom And Edie Gillis,    16 Aspen Place,    Bellmawr, NJ 08031-1803
515161070       +Virtua,    50 Lake Center, Suite 401,    Marlton, NJ 08053-3428
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515161052        EDI: BANKAMER.COM Jun 14 2019 04:18:00      Bank of America,    Aka Fia Card Services,
                  PO Box 982235,    El Paso, TX 79998-2235
515377332       +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                  C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515284565        EDI: BL-BECKET.COM Jun 14 2019 04:19:00      Capital One, N.A.,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
515161053        EDI: CHASE.COM Jun 14 2019 04:18:00      Chase Bank,    PO Box 15298,
                  Wilmington, DE 19850-5298
515161055       +EDI: RMSC.COM Jun 14 2019 04:18:00      GE Capital Retail Bank,    Attn: Bankruptcy Dept.,
                  PO Box 103104,    Roswell, GA 30076-9104
515161056       +EDI: PHINAMERI.COM Jun 14 2019 04:18:00      GM Financial,    PO Box 183593,
                  Arlington, TX 76096-3593
515161058       +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 00:56:40      Kohl's,    Collection Dept.,
                  PO Box 3043,    Milwaukee, WI 53201-3043
515321016        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                  POB 41067,    Norfolk VA 23541
515377330        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
                  POB 41067,    Norfolk VA 23541
515377981        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,
                  c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515377221        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o Sleepys,
                  POB 41067,    Norfolk VA 23541
515377233        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                  POB 41067,    Norfolk VA 23541
515377224        EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,
                  c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
516214530       +EDI: Q3G.COM Jun 14 2019 04:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                  MOMA Funding LLC 98083-0788
516214529        EDI: Q3G.COM Jun 14 2019 04:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
518051283       +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48      SYNCHRONY BANK,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
518051284       +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48      SYNCHRONY BANK,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                  SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
515161064       +EDI: SEARS.COM Jun 14 2019 04:18:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
515161066       +EDI: RMSC.COM Jun 14 2019 04:18:00      Synchrony Bank,    PO Box 965036,
                  Orlando, FL 32896-5036
515161067       +EDI: WTRRNBANK.COM Jun 14 2019 04:18:00      Target Card Services,    Attn: TD Bank,
                  PO Box 9500,    Minneapolis, MN 55440-9500
515161069       +EDI: URSI.COM Jun 14 2019 04:13:00      United Recovery Systems,    PO Box 722929,
                  Houston, TX 77272-2929
515222960        EDI: WFFC.COM Jun 14 2019 04:18:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                  Irvine, CA 92623-9657
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 13, 2019
                              Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515161071         EDI: WFFC.COM Jun 14 2019 04:18:00     Wells Fargo Dealer Services,
                  Attn:  Correspondence MAC T9017-026,   PO Box 168048,   Irving, TX  75016-8048
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515200129*      +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                  Arlington, TX 76096-3853
518051290*      +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                  Seattle, WA 98121-3132
518051291*      +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                  SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
515161063      ##+Robert B. Hill, MD,   PO Box 2028,   Haddonfield, NJ 08033-0792
                                                                                            TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jill T. Bryan    on behalf of Joint Debtor Melissa A. Gillis jtb.assistant1@verizon.net
              Jill T. Bryan    on behalf of Debtor Mark A. Gillis jtb.assistant1@verizon.net
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
                                                                                               TOTAL: 7
```